UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 2:14-cv-10511 |
| *Plaintiff*, | ) | |
| | ) | Hon. Robert H. Cleland |
| v. | ) | |
| | ) | Mag. Judge Mark A. Randon |
| HATCHETT, DEWALT & HATCHETT, PLLC, | ) ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT

Upon the Stipulation entered by the Plaintiff United States of America and Defendant Hatchett, DeWalt & Hatchett, PLLC, judgment is hereby **ENTERED** in the above-captioned action as follows:

(A)   A money judgment in favor of the Plaintiff United States of America and against the Defendant Hatchett, DeWalt & Hatchett, PLLC, in the amount of $122,994.12 plus statutory additions accruing after November 4, 2013, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c), for unpaid employment taxes (Forms 941), unemployment taxes (Form 940), and penalties for late filing partnership income tax returns (Forms 1065) for the following periods:

| Tax Type | Tax Period | Assessment Date | Unpaid Balance of Assessment | Accrued Interest and Penalties to 11/04/13 | Unpaid Balance as of 11/04/13 |
|---|---|---|---|---|---|
| Form 940 | 12/31/2003 | 05/08/2006 | $3,783.10 | $845.31 | $4,628.41 |
| Form 941 | 03/31/2004 | 07/05/2004 | $8,429.95 | $5,733.13 | $14,163.08 |
| Form 941 | 06/30/2004 | 10/04/2004 | $10,912.92 | $5,870.57 | $16,783.49 |
| Form 941 | 09/30/2004 | 12/27/2004 | $13,746.62 | $6,926.82 | $20,673.44 |
| Form 1065 | 12/31/2006 | 03/02/2009 | $1,506.00 | $269.07 | $1,775.07 |
| Form 1065 | 12/31/2007 | 09/21/2009 | $4,250.00 | $646.33 | $4,902.33 |
| Form 941 | 06/30/2010 | 10/04/2010 | $4,233.04 | $529.08 | $4,762.12 |
| Form 941 | 09/30/2010 | 12/06/2010 | $2,449.21 | $253.61 | $2,702.82 |
| Form 941 | 12/31/2010 | 04/11/2011 | $7,167.44 | $1,055.63 | $8,223.07 |
| Form 941 | 03/31/2011 | 07/04/2011 | $5,565.98 | $866.63 | $6,432.61 |
| Form 941 | 09/30/2011 | 12/19/2011 | $3,054.88 | $460.41 | $3,515.29 |
| Form 941 | 12/31/2011 | 04/23/2012 | $6,060.99 | $1,148.57 | $7,209.56 |
| Form 941 | 03/31/2012 | 11/19/2012 | $8,315.16 | $879.53 | $9,194.69 |
| Form 941 | 06/30/2012 | 11/19/2012 | $8,580.55 | $966.93 | $9,547.48 |
| Form 941 | 09/30/2012 | 11/26/2012 | $7,548.30 | $932.36 | $8,480.66 |
|  |  |  |  | **Total:** | **$122,994.12** |

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 3, 2014, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-552

11187989.1